✎Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

### District of South Carolina

### Report on Offender Under Supervision

**Name of Offender:** Damel Ahmad Davis          **Case Number:** 2:23CR00362-001

**Name of Sentencing Judicial Officer:** The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** January 24, 2024

**Original Offense:** Felon in Possession of a Firearm and Ammunition, in violation of Title 18 U.S.C. 922(g)(1) and 924 (a)(8)

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 27 months followed by 36 months supervised release. The defendant has the following special conditions: 1) You must satisfactorily participate in and successfully complete a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office. 2) You must satisfactorily participate in and successfully complete a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity). 3) You must submit to substance abuse testing to determine if you have used a prohibited substance. 4) You must contribute to the cost of such programs not to exceed the amount determined reasonable by the Court approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** May 15, 2025

**Previous Court Action/Notification(s):** On May 29, 2025, the Court was notified of defendant testing positive for marijuana. No action was requested at that time as Mr. Davis admitted to using marijuana while in the Bureau of Prisons and stated he believed he can maintain sobriety while on supervision.

On November 4, 2025, the Court modified defendant's conditions to include completing a substance abuse treatment program, periodic substance abuse testing up to 2 times per week, and contributing to the cost of services based on the U.S. Probation Office's Sliding Scale for Services. Modification was in response to the defendant testing positive for marijuana.

Prob 12A                                                                                                          Page 2
(Rev. 01/2020 - D/SC)

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Unlawful Use of a Controlled Substance:** The defendant is subject to the following condition: You must refrain from any unlawful use of a controlled substance. |

On February 12, 2026, Mr. Davis admitted to continued use of marijuana. Mr. Davis was unable to provide a sample for testing; however, the defendant did sign an admission of use form, noting he last used marijuana on February 1, 2026.

**U.S. Probation Officer Action:** The U.S. Probation Office respectfully requests no action be taken at this time. Mr. Davis is currently participating in substance abuse counseling at the Colleton Pillars4Hope in Walterboro, SC. The defendant has continued to use marijuana; however, his counselor has indicated that his test levels have reduced since his enrollment in treatment. The probation officer requests that the defendant be allowed to continue with his substance abuse treatment and will also work with the defendant on strategies to reduce his risk of recidivism. We will continue to monitor this case and notify the Court of any further violations. It is respectfully recommended that the violation be held in abeyance. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation.

Respectfully Submitted,

By: *Christian M. Chamberlain*
Christian M. Chamberlain
U.S. Probation Officer
Charleston Office

Date: February 13, 2026

Reviewed and Approved By:

*LaSheika S. VanDyke*
LaSheika S. VanDyke
Supervising U.S. Probation Officer

Prob 12A  
(Rev. 01/2020 - D/SC)

Page 3

---

| X | Agree with Probation Officer's recommendation |

| ☐ | Submit a Request for Modifying the Condition or Term of Supervision |

| ☐ | Submit a Request for Warrant or Summons |

| ☐ | Other |

*Bruce H. Hendricks*
Bruce Howe Hendricks
United States District Judge

February 17, 2026
Date